IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
|           *Plaintiff,* | ) Civil Action No. 23-cv-3836-LLA |
| v. | ) |
| U.S. DEPARTMENT OF DEFENSE, | ) |
|           *Defendant.* | ) |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff, JUDICIAL WATCH, by counsel, respectfully submits the attached Declaration of Cristina Rotaru as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant in the above-captioned lawsuit.

Dated: January 23, 2024

Respectfully submitted,

*/s/ Patrick O. Francescon*
PATRICK O. FRANCESCON
D.C. Bar No. 1781161
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, DC 20024
Tel. (202) 646-5172
Email: pfrancescon@judicialwatch.org