IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) <br> ) <br>     *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF DEFENSE, ) <br> ) <br>     *Defendant.* ) <br> ) | Case Number: 23-cv-3836-LLA |

## DECLARATION OF CRISTINA ROTARU

I, CRISTINA ROTARU, declare as follows:

1. My name is Cristina Rotaru. I am over eighteen years of age, of sound mind, and fully competent to submit this declaration. I have personal knowledge of the factual statements contained therein.

2. I am employed as a legal assistant with Judicial Watch, Inc., counsel for the Plaintiff, in Washington, D.C. I have worked in this capacity since April 2002. Among my duties is effecting service of process of summonses, complaints, and other new case filings in lawsuits filed by the organization.

3. On December 28, 2023, Plaintiff initiated the above-captioned lawsuit in the U.S. District Court for the District of Columbia. Shortly thereafter, I served summonses and copies of the Complaint on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant, the U.S. Department of Defense.

4. Service on the U.S. Attorney for the District of Columbia was effected by email at the address USADC-ServiceCivil@usa.doj.gov. According to the USADC-ServiceCivil acceptance email, the service package was received and accepted on January 3, 2024. A copy of the email is attached hereto as Exhibit 1.

5. Service on the US Attorney General was effected by registered, certified USPS mail, return receipt requested. According to the USPS online Tracking service, the service package was delivered in Washington, D.C., on January 9, 2023. A copy of the Tracking sheet is attached hereto as Exhibit 2. The return receipt has not been returned as of this date.

6. Service on the Defendant. U.S. Department of Defense, was effected by registered, certified USPS mail, return receipt requested. According to the USPS Tracking service, the service package was delivered in Washington, D.C., on January 8, 2024. According to the return receipt, the service package was delivered on January 11, 2024. A copy of the Tracking sheet and of the return receipt are attached hereto as Exhibit 3.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., on January 23, 2024.

# EXHIBIT 1

**Cristina Rotaru**

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Sunday, January 7, 2024 3:56 PM |
| **To:** | Cristina Rotaru |
| **Subject:** | RE: [EXTERNAL] JUDICIAL WATCH, INC. v. DEPARTMENT OF DEFENSE, 23-cv-3836-LLA |

Your service package has been received and accepted with a service date of January 3, 2024.  Thank you.

**From:** Cristina Rotaru <CRotaru@JUDICIALWATCH.ORG>
**Sent:** Wednesday, January 3, 2024 12:33 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Patrick Francescon <pfrancescon@judicialwatch.org>
**Subject:** [EXTERNAL] JUDICIAL WATCH, INC. v. DEPARTMENT OF DEFENSE, 23-cv-3836-LLA

Dear Sir/Madam,

Attached please find, review, and accept service in the above-captioned case.

Should you have any questions, please contact me at the email address listed below.

Sincerely,

Cristina Rotaru
Paralegal
JUDICIAL WATCH, INC.
425 Third St, SW, suite 800
Washington, DC 20024
Phone:  (202) 646-5164
Email:   crotaru@judicialwatch.org

# EXHIBIT 2

# USPS Tracking®

**Tracking Number:**

# 70203160000181501087

Copy    Add to Informed Delivery (https://info...

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ DOD (23-3836) (POF)    Mailed 1/3/2024

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)    $      Postmark
☐ Certified Mail Restricted Delivery $      Here
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage    US ATTORNEY GENERAL
$
Sent To    950 PENNSYLVANIA AVE NW
Street and Ap    WASHINGTON DC  20530
City, State, ZI

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## Latest Update

Your item was picked up at a postal facility at 4:56 am on January 9, 2024 in WASHINGTON, DC 20530.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
January 9, 2024, 4:56 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

EXHIBIT 3

# USPS Tracking®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ DoD (23-3836)(PDF)         Mailed 1/3/2024

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____    Here
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage $
Total Postage $

Sent To      DEPARTMENT OF DEFENSE
Street and Apt. Office of the General Counsel
             1600 Defense Pentagon Rm 3B688
City, State, ZIP Washington DC 20301-1600

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7020 3160 0001 8150 1070

**Tracking Number:**

## 70203160000181501070

Copy    Add to Informed Delivery (https://inform

### Latest Update

Your item was picked up at a postal facility at 7:26 am on January 8, 2024 in WASHINGTON, DC 20310.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20310
January 8, 2024, 7:26 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DEPARTMENT OF DEFENSE
Office of the General Counsel
1600 Defense Pentagon Rm 3B688
Washington DC 20301-1600

9590 9402 7083 1251 5962 67

2. Article Number (Transfer from service label)

7020 3160 0001 8150 1070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____     ☒ Agent
                              ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
   Ginny Philps                1/11/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Track Another Package

Enter tracking or

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 23-cv-3836-LLA |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff, JUDICIAL WATCH, by counsel, respectfully submits the attached Declaration of Cristina Rotaru as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and Defendant in the above-captioned lawsuit.

Dated: January 23, 2024

Respectfully submitted,

*/s/ Patrick O. Francescon*
PATRICK O. FRANCESCON
D.C. Bar No. 1781161
JUDICIAL WATCH, INC.
425 Third St., SW, Suite 800
Washington, DC 20024
Tel. (202) 646-5172
Email: pfrancescon@judicialwatch.org